# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN K. ALSABAGH, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01245-JCM-GWF |
| vs. | ) **ORDER** |
| TAKEDA PHARMACEUTICALS AMERICA, INC., *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  Counsel for Defendant removed this matter to federal court on July 13, 2012.  LR 7.1-1 requires that counsel for private parties shall, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have an interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties.  If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  To date, Plaintiff and Defendants have failed to comply.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendants shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **August 13, 2012**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 1st day of August, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge