UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS
LIABILITY LITIGATION

| | | |
|---|---|---|
| Alsabagh v. Takeda Pharmaceuticals North America, Inc., et al., | ) | |
| D. Nevada, C.A. No. 2:12-01245 | ) | MDL No. 2299 |

ORDER VACATING CONDITIONAL TRANSFER ORDER,
AND VACATING THE SEPTEMBER 20, 2012, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Alsabagh*) on July 18, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Alsabagh* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been informed that, pursuant to a notice of dismissal, *Alsabagh* was voluntarily dismissed in the District of Nevada by the Honorable James C. Mahan in an order filed on August 17, 2012.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-29" filed on July 18, 2012, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 8, 2012, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel